CAROL J. RUNTY, APPELLEE, v. HARVEY D. RUNTY,
APPELLANT.
333 N.W.2d 389

Filed April 29, 1983. No. 82-054.

Bauer, Galter & Geier, for appellant.

Healey, Brown, Wieland, Kluender, McCord, At-
wood and Jacobs, for appellee.

KRIVOSHA, C.J., BOSLAUGH, McCOWN, WHITE,
HASTINGS, and CAPORALE, JJ., and COLWELL, D.J., Re-
tired.

PER CURIAM.
The court, having reviewed this marriage dissolu-
tion case de novo as it is required to do, agrees with
the result reached by the trial court. Therefore, the
judgment of the trial court is in all respects af-
firmed.

AFFIRMED.